IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-121 |
| | § | (Claim Nos. 85832/85834) |
| | § | |
| HAROLD L. LOVEDAY, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

The Honorable Judge Hayden W. Head, Jr.:

    United States of America ("USA") files this Motion to Dismiss Without Prejudice.

    USA prays that this action be dismissed as to Harold L. Loveday without prejudice.

Respectfully submitted,

By: _/s/ M. H. Cersonsky_

M. H. Cersonsky, TBA#04046500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. C-00-121 |
| | § | (Claim Nos. 85832/85834) |
| HAROLD L. LOVEDAY, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED _____ , 2000, at Corpus Christi, Texas.


_____
Hon. Hayden W. Head, Jr.
United States District Judge

ClibPDF - www.fastio.com