IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-121 |
| | § | (Claim Nos. 85832/85834) |
| | § | |
| HAROLD L. LOVEDAY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED ___4-11___, 2000, at Corpus Christi, Texas.

_____
Hon. Hayden W. Head, Jr.
United States District Judge

United States District Court
Southern District of Texas
FILED
APR 1 0 2000
MICHAEL N. MILBY CLERK

United States District Court
Southern District of Texas
ENTERED
APR 1 2 2000
Michael N. Milby, Clerk of Court